IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BRIANNA GREENE,<br>    Plaintiff, | )<br>)   1:10-cv-2834<br>) |
| v. | )   Judge Manning<br>) |
| NORTHSTAR LOCATION SERVICES, LLC,<br>    Defendant. | )<br>)   JURY DEMANDED |

### Rule 41(a)(1) Stipulation for Dismissal Without Prejudice

The parties to this action hereby stipulate to dismissal of this action without prejudice and without costs, pursuant to Fed.R.Civ.P. 41(a)(1).

Respectfully submitted,

/s/Alexander H. Burke
Counsel for Plaintiff

BURKE LAW OFFICES, LLC
155 N. Michigan Ave., Suite 9020
Chicago, IL 60601
(312) 729-5288
(312) 729-5289 (fax)
ABurke@BurkeLawLLC.com

Fred A. Smith
Counsel for Defendant

Sedgwick, Detert, Moran & Arnold, LLP
One North Wacker Drive, Suite 4200
Chicago, IL 60606
312.641.9050 ph
312.641.9530 fax
www.sdma.com